No. 349.  W. H. HUMPHREYS, AS ADMINISTRATOR, ETC. *v.* BATES & ROGERS CONSTRUCTION COMPANY.  Error to the Court of Appeals of the State of Kentucky.  Motion to affirm or place on the summary docket submitted November 8, 1920.  Decided November 15, 1920.  *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *California Powder Works* v. *Davis*, 151 U. S. 389, 393; *Gaar Scott & Co.* v. *Shannon*, 223 U. S. 468, 470; *Cuyahoga River Power Co.* v. *Northern Realty Co.*, 244 U. S. 300, 303; *Bilby* v. *Stewart*, 246 U. S. 255, 257; *Farson, Son & Co.* v. *Bird*, 248 U. S. 268, 271 (and see *Northern Pacific Ry. Co.* v. *Meese*, 239 U. S. 614, 619).  (2) *Equitable Life Assurance Society* v. *Brown*, 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk, &c. Ry. Co.*, 228 U. S. 596, 600; *Merriam Co.* v. *Syndicate Publishing Co.*, 237 U. S. 618, 621; *Pennsylvania Hospital* v. *Philadelphia*, 245 U. S. 20, 24.  (3) *New York Central R. R. Co.* v. *White*, 243 U. S. 188, 198; *Mountain Timber Co.* v. *Washington*, 243 U. S. 219, 234; *Middleton* v. *Texas Power & Light Co.*, 249 U. S. 152, 163; *Arizona Employers' Liability Cases*, 250 U. S. 400. (4) *Palmer* v. *Ohio*, 248 U. S. 32, 34.  Mr. Alan D. Cole for plaintiff in error.  Mr. Edwin A. Swingle, Mr. E. L. Worthington and Mr. LeWright Browning for defendant in error.